

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED.

DATED: 4:39 pm, August 31, 2021

U.S. MAGISTRATE JUDGE

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  ALLISON REESE
   Nevada Bar Number 13977
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Email: allison.reese@usdoj.gov
   *Attorneys for the United States of America*
7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,                Case No.:

10           Plaintiff,                     **APPLICATION TO SEAL**

11      vs.

12  NICOLAS SANTOS and
    WILFRED SANTOS,
13
             Defendants.
14

15      COMES NOW the United States of America, by and through Christopher Chiou, Acting

16  United States Attorney, and Allison Reese, Assistant United States Attorney, respectfully moves

17  this Honorable Court for an Order sealing the Complaint, this Application and the Court's

18  Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another

19  Court of competent jurisdiction, shall order otherwise.

20      In this case, an order sealing the Complaint would be appropriate because the attached

21  Complaint relates to an ongoing criminal investigation into violations of 18 United States Code,

22  Section 922(a)(1)(A) - Dealing Firearms Without a License, and 18 United States Code,

23  Section 922(o) - Unlawful Possession or Transfer of a Machine Gun; that is neither public nor

24  known to all of the targets of the investigation, and its disclosure may alert the targets to the

1  ongoing investigation. Accordingly, there is reason to believe that the disclosure of the information contained within the Complaint will jeopardize the investigation, including by giving the targets an opportunity to flee or continue flight from prosecution or change patterns of behavior.

The Government further submits that it is necessary for the Complaint to be sealed in light of the fact that the targets of this investigation utilize digital devices and the social media platform Snapchat to conduct their illegal activities. If the targets became aware of the investigation, they could delete and destroy evidence, including but not limited to text messages, photographs, and social media account information or messages received and sent over those platforms. Additionally, the Affidavit references other co-conspirators and confederates that are under investigation, such as suppliers of the firearms, machinegun conversion devices, and illegal controlled substances. Accordingly, there is reason to believe that notification of the existence of complaint will seriously jeopardize the investigation, as noted previously, and would likely place law enforcement at higher risk of confrontation when securing the arrest of the targets.

DATED: August 31, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*Allison Reese*

ALLISON REESE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED.
DATED: 4:39 pm, August 31, 2021

U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLAS SANTOS and<br>WILFRED SANTOS,<br><br>Defendants. | Case No.:<br><br>**ORDER TO SEAL** |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __31__ day of August, 2021.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3