# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLAS SANTOS,<br><br>　　　　Defendant. | Case No. 2:21-cr-00272-JAD-DJA-1<br><br>**ORDER**<br><br><br>**ECF No. 82** |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, December 19, 2022 at 10:00 a.m., be vacated and continued to February 13, 2023, at 2:00 p.m.

　　　DATED this 13th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE