# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLAS SANTOS,<br><br>Defendant. | Case No.: 2:21-cr-00272-JAD-DJA<br><br>**ORDER CONTINUING SENTENCING HEARING**<br><br>ECF No. 92 |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government needs additional time to gather materials and prepare for sentencing.

2. The parties agree to the continuance.

3. Defendant Nicolas Santos is in custody and agrees to the continuance.

4. This is the second request for a continuance.

5. For all of the above-stated reasons, the end of justice would best be served by a continuance of the sentencing date.

## ORDER

IT IS ORDERED that the Sentencing currently scheduled for February 14, 2023, at the hour of 10:30 a.m., be vacated and continued to **March 20, 2023**, at the hour of **11:00 a.m.**

DATED this 13th day of February, 2023.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE