UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICOLAS SANTOS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00272-JAD-DJA-1<br><br>**ORDER**<br><br><br>ECF No. 103 |

　　　Based on the parties' stipulation, IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, March 20, 2023 at 10:00 a.m., be vacated and continued to April 24, 2023, at the hour of 2:00 p.m.

　　　DATED this 13th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE